SMITH, Respondent, *v.* BERNHARDT, Appellant.

(*Common Pleas of New York City and County, General Term.* November 14, 1890.)
Appeal from special term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*J. Homer Hildreth,* for appellant. *Seaman & Conger,* for respondent.
No opinion. Judgment and order appealed from affirmed, with costs.

———

WHITLOCK *et al.,* Respondents, *v.* MANHATTAN RY. CO., *et al.,* Appellants.

(*Common Pleas of New York City and County, General Term.* November 14, 1890.)
Appeal from judgment on report of referee.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Davies & Rapallo,* for appellants. *J. A. Weekes, Jr.,* for respondents.
No opinion. Judgment affirmed, with costs, on opinion in the *Werfelman Case, ante,* 66.

———

DAMON, Respondent, *v.* NEW YORK, N. H. & H. R. Co., Appellant.

(*Common Pleas of New York City and County, General Term.* November 17, 1890.)
Appeal from seventh district court.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Page & Taft,* for appellant. *Mr. Williams,* for respondent.
No opinion. Appeal dismissed, and judgment affirmed, with costs.

———

EICHNER, Respondent, *v.* LIVERPOOL & LONDON & GLOBE INS. CO., Appellant.

(*Common Pleas of New York City and County, General Term.* November 17, 1890.)
Appeal from fourth district court.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Butler, Stillman & Hubbard,* for appellant. *H. Joseph,* for respondent.
No opinion. Judgment affirmed, with costs. See 8 N. Y. Supp. 948.

———

McLAUGHLIN, Appellant, *v.* CAMP, Respondent.

(*Common Pleas of New York City and County, General Term.* November 17, 1890.)
Appeal from second district court.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*C. H. Smith,* for appellant. *B. C. Chetwood,* for respondent.
No opinion. Judgment affirmed, with costs.

———

SHAILER, Appellant, *v.* MORGAN, Respondent.

(*Common Pleas of New York City and County, General Term.* November 17, 1890.)
Appeal from eleventh district court.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Hatch & Warren,* for appellant. *E. C. O'Brien,* for respondent.
No opinion. Judgment reversed, new trial ordered, costs to abide the event. See 9 N. Y. Supp. 492.

———

AUERBACH *et al.,* Appellants, *v.* McGOVERN, Respondent.

(*Common Pleas of New York City and County, General Term.* November 18, 1890.)
Appeal from eleventh district court.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*C. E. Davison,* for appellants. *A. Lamont,* for respondent.
No opinion. Judgment affirmed, with costs.